Case 4:22-cv-00265    Document 1    Filed on 01/24/22 in TXSD    Page 1 of 9

United States Courts
Southern District of Texas
FILED

JAN 24 2022

Nathan Ochsner, Clerk of Court

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE _SOUTHERN_ DISTRICT OF TEXAS
_HOUSTON_ DIVISION

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

SIDNEY SNELLINGS #129696; 5HU-E;,
Plaintiff's name and ID Number
MONTGOMERY COUNTY JAIL
1 CRIMINAL JUSTICE DR.
Place of Confinement CONROE, TX/U.S. 77301

CASE NO. _____
(Clerk will assign the number)

SUPERVISOR NICHOLS;
v. GANG INTELLIGENCE OPERATIONS;
UNITED STATES OF AMERICA ~~~~~; SHERIFFS OFFICE;
Defendant's name and address
MONTGOMERY COUNTY JAIL SHERIFFS OFFICE;
2 CRIMINAL JUSTICE DR. /CONROE. TX; 77301;
Defendant's name and address
~~ELIZABETH THOMAS; COMPLAINT INSPECTOR;~~
~~P.O. BOX 13985 AUSTIN, TEXAS 78711;~~
Defendant's name and address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

1

# AFFIDAVIT

The State of Texas ;*U.S.A "ET. AL."*

County of *MONTGOMERY*;

Before me the undersigned authority, on this day personally appeared *Sidney Snellings*, who after being duly sworn stated:

"I am the Defendant in the above entitled and numbered cause. I have read the foregoing *AFFIDAVIT, "Complaint," 42 U.S.C. 1983;* and swear that all of the allegations of fact contained therein are true and correct."

*Sidney Snellings*
Defendant

Subscribed and Sworn to before me on the *20* day of *January* *2022*

_____
Notary Public in and for
*Montgomery* County, Texas

Affidavit

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $150.00.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $150 filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion (s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?  ✓ YES  ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1. Approximate date of filing lawsuit: _March 26, 2021_

      2. Parties to previous lawsuit:
        Plaintiff(s) _SIDNEY RAY SNELLINGS ET AL_
        Defendant(s) _MONTGOMERY COUNTY SHERIFF'S OFFICE_

      3. Court: (If federal, name the district; if state, name the county.) _SOUTHERN, HOUSTON_

      4. Docket Number: _4 (6 PAGES) 4:21-CV-00992_

      5. Name of judge to whom case was assigned: _GEORGE C. HANKS, JR._

      6. Disposition: (Was the case dismissed, appealed, still pending?) _STAYED AND ADMINISTRATIVELY CLOSED,_

      7. Approximate date of disposition: _MARCH 31, 2021_

2

II. PLACE OF PRESENT CONFINEMENT: Montgomery County Sheriff, TX; 1 Criminal Justice Dr.; SHU-E; Conroe, Texas; US 77301;

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution?  ✓ YES  ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Sidney Ray Snellings #12969; "SHU-E"; Montgomery County Jail; 1 Criminal Justice Dr. Conroe, Texas; US; 77301;

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Officer Koenig; Grievance Bureau Invest.; Montgomery County Sheriff's Dept; 1 Criminal Justice Dr. Conroe, Tx, 77301;

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Violation of Civil Rights; Jail Standards compliance issues;

Defendant #2: Elizabeth Thomas; Complaint Inspector; Texas Commission on Jail Standards;

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. No harmful Acts; only Jail Commission's Authority's.

Defendant #3: Montgomery County Sheriff's Office, et al.; 1 Criminal Justice Dr. Conroe, Tx; 77301;

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Administrative Harrashment; Neglect by Rights; "Victim" abuse; Montgomery Sheriff's Office; et al;

Defendant #4: Gang Intelligence Office; Conroe, Tx, 77301; Operations Supervisor; Nichols; Menata; State;

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Racial Target Retaliation; Harrashment Abuse;

Defendant #5: Conroe Police Department; Conroe, Texas; Department Field Officer; Supervisary;

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Falsified Felony Offense accusational charge; allegations criminal mischief; by Blue color uniform; involving Electronic Conspiracy; vernabilities;

-3-

STATE OF SUELLINGS, CHARGE 01/19/2022;
J- V.S. ET. AL...
U.S.A; MONTGOMERY COUNTY
SHERIFF'S OFFICE, GANG INTELLIGENCE;...
CONTINUES CIVIL, STATE, ACTS OF OFFENCES;...
CONT; DATES OF 01/27/2018, CONT,
OF; 11/10/2020,/ CONT; TO; AS OF, 03/28/2021,
DATE; 01/19/2022; NOTICE OF CASE CONT...
Filing STILL TO DATES; PRISONER CIVIL
RIGHTS COMPLAINT, NATURE OF CLAIM;
Civil Rights NO. 550;... Report Complaint
Suit, in Claims Against Montgomery C.O;
Conroe, Texas; Of STATE of TEXAS,
Of UNITED STATES of AMERICA,..;
CONT; Regards Montgomery County
SHERIFF'S DEPARTMENT FOR
OVER USE OF Authority uniformed;
AS WELL AS; FALSE Allegation's;
Frivolous, Malicious, Reports,
Accusational Allegation's, Regards
Her, Say;... continues with Threats
of Human citizen Life endangerment
by Gang Intelligence & Operations.
Regards Ex-Affiliation of ...
gang Member-ships involvement...
& Regards false allegations, entrapment;
Official Corruptions, as electronic
W/ Micro-abilities, Spyware, Micro's,
Assault, by Radiation, electricity,
as Well, victim of civil Rights abuse.
Cont, Reports as Well To The Adult family
protective services in Austin, Tx.,
recieved 04-09-2021, I, Sidney L. Snellings;
;STATEMENT OF CLAIM ;..

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On dates begining 05/27/2018, Notice of Case Filing Documents ALL ET; Allegations of Facts contained by I, Sidney R. Swellings; Filed Motions continously due to Investigations, Lack of Discoverys; regarding Accusations of Manifestly Dangerous False Reports, charges by Lack of Evidence by the State of Texas, and County of Montgomery Conroe, Texas; Sheriffs Office, gang intelligence regarding Protective Order, Life Endangerment, due to Being Victimized regards Sheriff's Office; Abuse, Neglect, Harrasement, Threats by Attacks by

VI. RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.   Civil, Federal, Government Discovery etc. Law, Plaintiff seeking Redress from a governmental entity, Texas Commission on compliance, Jail Standards.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases: None; identity; Sidney R. Swellings;

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.
1740002, 129769, 146743;

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?     ___YES ✓NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case Number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied?     ___YES ___NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?    ____ YES  ✔ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed warning (if federal, give the district and division): _____

   2. Case Number: _____

   3. Approximate date warnings were imposed: _____

Executed on: _____
             DATE

_____
(Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this __20TH__ day of __JANUARY__, __2022__
            (Day)              (month)           (year)

*Sidney R. Snellings*
*Sidney R. Snellings*
(Signature of plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.**

5

MONTGOMERY COUNTY SHERIFF'S DEPARTMENT
INMATE GRIEVANCE FORM

TO: GRIEVANCE OFFICER          PIN# 12969

FROM: Sidney R. Snellings    CELL LOCATION: MED-4

DATE FILED: 11-24-2021        DATE CONFINED: 07-14-2018

A GRIEVANCE IS:
1. A VIOLATION OF CIVIL RIGHTS or
2. A CRIMINAL ACT OCCURS or
3. A DENIAL OF INMATE RIGHTS OR PRIVILEGES or
4. A PROHIBITED ACT BY A DEPUTY OR A STAFF MEMBER or
5. A VIOLATION OF THE AMERICANS WITH DISABILIITES ACT

IF THE COMPLAINT IS FOUND TO BE A GRIEVANCE, THEN A COMPLAINT NUMBER WILL BE ASSIGNED. DO NOT FILL OUT THIS FORM IF ONE OF THESE ACTS DID NOT OCCUR. IF YOU FEEL THIS IS A GRIEVANCE, PUT IT IN A SEALED ENVELOPE AND IT WILL BE DELIVERED TO THE GRIEVANCE OFFICER.

I WISH TO FILE A GRIEVANCE. MY STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

STATEMENT

REGARDS: REPORT CONCERNING JAIL REGULATORY AUTHORITY, OVER COUNTY JAIL COMMISSION, AND STANDARDS, COMPLIANCE AS, OF MEDICAL AND DOCTER TREATMENT, HARRASHMENT, ABUSE, BY MEDICAL STAFF, AND JAIL STAFF.

YOUR SIGNATURE: Sidney R. Snellings

NOTE: Only one issue is to be presented on each form.

IF YOU ARE SEEKING ACCOMODATION UNDER THE AMERICANS WITH DISABILITIES ACT, THIS FORM WILL BE REVIEWED WITHIN 24 HOURS.

If you dispute the Grievance Board's findings you may appeal. The Appeal Process for you grievance is outlined in the inmate handbook on page #3 under Channels of Communication.

Received by: Koenig          Date: 11-30-21

Forwarded to: _____        Date: _____

ACTION TAKEN

Please be more specific with what you are trying to grieve.

Snellings
Med 4