IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIDNEY SNELLINGS, <br> (TDCJ # 2382954, SPN #12969), <br> *Plaintiff*, <br><br> vs. <br><br> SUPERVISOR NICHOLS, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § § | CIVIL ACTION NO. H-22-265 |

# FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED with prejudice**.

This is a Final Judgment.

The Clerk shall provide a copy of this Final Judgment to the plaintiff.

Signed on April 18, 2022, at Houston, Texas.

David Hittner
United States District Judge